UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　　　Case No. 3:24-cr-73

vs.

DENZEL DIXON, *et al.*,　　　　　　　　　District Judge Michael J. Newman

    Defendants.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT UNOPPOSED MOTION TO CONTINUE (Doc. No. 41); (2) EXCLUDING THE TIME FROM JANUARY 16, 2025 UNTIL MARCH 10, 2025 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS MARCH 29, 2025; (4) VACATING THE JANUARY 27, 2025 TRIAL DATE; (5) SETTING TRIAL FOR MARCH 10, 2025 AT 9:30 A.M.; (6) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY FEBRUARY 26, 2025; AND (7) SETS SUBSTANTIVE MOTIONS DEADLINE FOR FEBRUARY 24, 2025**

---

    This criminal case is before the Court upon the parties' joint, unopposed motion to continue trial. Doc. No. 41. For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the requested continuance.

    The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendants in a speedy trial. Failure to continue would deny both the Government and Defendants the time necessary for effective trial preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

    Consequently, the time from January 16, 2025 until March 10, 2025 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring

Defendants to trial. Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **March 29, 2025**.[1] The Court also **VACATES** the January 27, 2025 trial date and **SETS** trial for **March 10, 2025**. The Court **REQUIRES** the parties to file a joint status report by **March 3, 2025**. Finally, the Court **SETS** the substantive motions deadline for **February 24, 2025**.

    **IT IS SO ORDERED.**

January 21, 2025                                              s/*Michael J. Newman*
                                                                            Hon. Michael J. Newman
                                                                            United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.