UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENZEL DIXON, *et al*.,

    Defendants.

Case No. 3:24-cr-73

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE PARTIES' JOINT UNOPPOSED MOTION TO CONTINUE (Doc. No. 46); (2) EXCLUDING THE TIME FROM FEBRUARY 20, 2025 UNTIL JUNE 16, 2025 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS JULY 5, 2025; (4) VACATING THE MARCH 10, 2025 TRIAL DATE; (5) SETTING TRIAL FOR JUNE 16, 2025 AT 9:30 A.M.; (6) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY JUNE 4, 2025; AND (7) SETS SUBSTANTIVE MOTIONS DEADLINE FOR APRIL 18, 2025**

---

This criminal case is before the Court upon the parties' joint, unopposed motion to continue trial. Doc. No. 46. For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the requested continuance.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendants in a speedy trial. Failure to continue would deny both the Government and Defendants the time necessary for effective trial preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from February 20, 2025 until June 16, 2025 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring

Defendants to trial.  Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **July 5, 2025**.[1]  The Court also **VACATES** the March 10, 2025 trial date and **SETS** trial for **June 16, 2025**.  The Court **REQUIRES** the parties to file a joint status report by **June 4, 2025**.  Finally, the Court **SETS** the substantive motions deadline for **April 18, 2025**.

**IT IS SO ORDERED.**

February 21, 2025                                s/*Michael J. Newman*
                                                 Hon. Michael J. Newman
                                                 United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.